# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON



FILED
KENNETH J. MURPHY
CLERK

99 JUN -3 PM 4: 20

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

| | | |
|---|---|---|
| WILLIAM P. McDANNOLD, et al., | : | |
| Plaintiff(s), | | Case No. C-1-94-002 |
| | : | |
| -vs- | | CHIEF JUDGE WALTER HERBERT RICE |
| | : | |
| STAR BANK, N.A., et al., | | |
| Defendant(s). | : | |

## JUDGMENT IN A CIVIL CASE

**JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

X     **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court expressly finds that there is no just reason for delay;

that the settlement agreements dismissing the Plaintiffs' claims against Lindhorst & Dreidame (L&D), William Kirkham and Gradison are approved;

that the Plaintiffs' claims against Lindhorst & Dreidame (L&D), William Kirkham and Gradison & Company are DISMISSED WITH PREJUDICE;

that the liability of the non-settling Defendants shall be reduced, on a pro tanto basis, by $1,750,000, the amount paid by Lindhorst & Dreidame (L&D), William Kirkham and Gradison & Company to settle the Plaintiffs' claims;

that the approval of the settlement agreements, which contain bar orders, will preclude the assertion of claims for indemnification and/or contribution against the settling Defendants;

and that this Court certifies the Decision for an immediate appeal pursuant to 28 U.S.C. § 1292(b).

Date: June 3, 1999

Kenneth J. Murphy, Clerk

Clerk
By: *[signature]*
Deputy Clerk