IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM P. MCDANNOLD, et al.,

    Plaintiff,

vs.                                                       C-1-94-002

STAR BANK NA CINCINNATI, et al.,

ENTRY OF DEFAULT BY CLERK

    It appearing that the Defendant, William Hare, is in default, having failed to defend in this cause as required by law.

    Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Default is hereby entered against the Defendant this 25th day of March 2004..

                                          JAMES BONINI, CLERK

                                          <u>s/M.K. Budge</u>
                                          M.K. Budge, Deputy